**Order entered April 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01501-CR

### LEONARD GEORGE GOOCH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-57715-Y**

## ORDER

Appellant's June 20, 2013 objection to supplemental clerks's record is **DENIED**. *See*

*Coronel v. State*, 416 S.W.3d 550, 556 (Tex. App.—Dallas 2013, pet. ref'd).

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE